IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00399-RM-KLM

SANTIAGO ABREU,

     Plaintiff,

v.

FATTY'S PIZZERIA, INC.,

     Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on the parties' **Joint Motion to Stay Action to Facilitate Settlement Pursuant to D.C.COLO.LCivR 16.6** [#9] ("Motion"). The parties request a 90-day stay of this action. However, they do not address the factors for imposition of a stay as described in *String Cheese Incident, LLC v. Stylus Shows, Inc.*, No. 1:02-cv-01934-LTB-PAC, 2006 WL 894955, at *2 (D. Colo. Mar. 30, 2006). Accordingly,

     IT IS HEREBY **ORDERED** that the Motion [#9] is **DENIED without prejudice.** Any request for a stay must be explicitly made with reference to the *String Cheese Incident* factors. Further, the Court will not at this time vacate and reset the Scheduling Conference, which is currently set for June 21, 2016. The parties should make every attempt to reach settlement before that date.

     Dated:  May 4, 2016